EVAN S. NADEL (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415.432.6000
Fax: 415.432.6001

MICHAEL GARDENER (*pro hac vice* forthcoming)
msgardener@mintz.com
BRETON LEONE-QUICK (*pro hac vice* forthcoming)
bleone-quick@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
One Financial Center
Boston, MA 02111
Tel: 617.542.6000
Fax: 617.542.2241

Attorneys for Plaintiffs,
CHRISTOPHER D. ALAFI,
ALAFI CAPITAL COMPANY, LLC,
and THE CHRISTOPHER D. ALAFI FAMILY TRUST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTOPHER D. ALAFI, ALAFI CAPITAL COMPANY, LLC, and THE CHRISTOPHER D. ALAFI FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY N. COHEN and TZU-HAO CHENG,<br><br>Defendants. | Case No.: 5:18-cv-05641-NC<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO REMAND**<br><br>**[N.D. Cal. Civil L.R. 7-11 and 7-12]**<br><br>**No Hearing Set** |

Upon consideration of the parties' Joint Motion for Administrative Relief to Remand and having determined good cause shown, the Motion is hereby GRANTED and the action remanded to the Superior Court of California, Santa Clara County.

**IT IS SO ORDERED.**

Dated: <u>     October 4, 2018     </u>

